UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA
         Plaintiff

v.                                  Case No. 5:08–cr–00073–MTT–CHW

MERKURI STANBACK, et al.
         Defendant.

**J U D G M E N T**

Pursuant to this Court's Order dated January 22, 2014 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent .

This 22nd day of January, 2014.

Gregory J. Leonard, Clerk

s/ Amy N. Stapleton, Deputy Clerk